UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES FEDERAL TRADE  )<br>COMMISSION  )<br>)<br>Defendant.  )<br>) | Civil Action No. 08-0448 (ESH) |

## JOINT MOTION TO SET BRIEFING SCHEDULE

The parties, through undersigned counsel, jointly move the Court to set a briefing schedule in this matter as set forth below.

**Factual Background**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2007), for injunctive and other appropriate relief. The Electronic Privacy Information Center ("EPIC") seeks the release of agency records from the United States Federal Trade Commission (the "FTC").

On December 14, 2007 and December 17, 2007, EPIC transmitted FOIA requests to the FTC ("EPIC's FOIA Requests"). On March 14, 2008, EPIC filed this lawsuit. On April 16, 2008, the FTC disclosed 254 pages of documents to EPIC, but withheld approximately 250 responsive documents, alleging that the withheld documents are exempt from disclosure under the FOIA.

1

**Proposed Briefing Schedule**

The parties ask the Court to set the following briefing schedule. A proposed order is attached.

1) EPIC shall file its First Amended Complaint by May 9, 2008;

2) the FTC may reply to EPIC's First Amended Complaint by filing a dispositive motion *in lieu* of an Answer;

3) within forty-five days of the date of the Court's Order setting a briefing schedule in this matter, the FTC shall file a dispositive motion;

4) within twenty-one days of the FTC's filing of its dispositive motion, EPIC shall file: a) EPIC's opposition to the FTC's dispositive motion; and b) EPIC's dispositive cross-motion;

5) within twenty-one days of EPIC's filing of EPIC's opposition to the FTC's dispositive motion and EPIC's dispositive cross-motion, the FTC shall file: a) the FTC's reply to EPIC's opposition to the FTC's dispositive motion; and b) the FTC's opposition to EPIC's dispositive cross-motion; and

6) within eleven days of the FTC's filing of the FTC's reply to EPIC's opposition to the FTC's dispositive motion and the FTC's opposition to EPIC's dispositive cross-motion, EPIC shall file EPIC's reply to the FTC's opposition to EPIC's dispositive cross-motion.

Respectfully submitted,


By: _____*/s/*_____
John Verdi, Esquire (DC Bar #495764)
Marc Rotenberg, Esquire (DC Bar #422825)
ELECTRONIC PRIVACY INFORMATION
CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
*Counsel for Plaintiff*


_____*/s/*_____
Marina Utgoff Braswell, Esquire (DC Bar #416587)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
555 4th Street, NW – Civil Division
Washington, DC 20530
(202) 514-7226 (telephone)
*Counsel for Defendant*


Dated: May 9, 2008

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>       **Plaintiff,** )<br>)<br>  v. )<br>)<br>THE UNITED STATES FEDERAL TRADE )<br>COMMISSION )<br>)<br>       **Defendant.** )<br>) | Civil Action No. 08-0448 (ESH) |

# ORDER

Upon consideration of the parties' Joint Motion to Set Briefing Schedule, it is this

____ day of _____, hereby

ORDERED that the parties' Joint Motion to Set Briefing Schedule is hereby GRANTED; and it is further

ORDERED the following briefing schedule shall govern this matter:

1)    EPIC shall file its First Amended Complaint by May 9, 2008;

2)    the FTC may reply to EPIC's First Amended Complaint by filing a dispositive motion *in lieu* of an Answer;

3)    within forty-five days of the date of the Court's Order setting a briefing schedule in this matter, the FTC shall file a dispositive motion;

4)    within twenty-one days of the FTC's filing of its dispositive motion, EPIC shall file: a) EPIC's opposition to the FTC's dispositive motion; and b) EPIC's dispositive cross-motion;

5)  within twenty-one days of EPIC's filing of EPIC's opposition to the FTC's dispositive motion and EPIC's dispositive cross-motion, the FTC shall file: a) the FTC's reply to EPIC's opposition to the FTC's dispositive motion; and b) the FTC's opposition to EPIC's dispositive cross-motion; and

6)  within eleven days of the FTC's filing of the FTC's reply to EPIC's opposition to the FTC's dispositive motion and the FTC's opposition to EPIC's dispositive cross-motion, EPIC shall file EPIC's reply to the FTC's opposition to EPIC's dispositive cross-motion.

_____
UNITED STATES DISTRICT JUDGE