UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ELECTRONIC PRIVACY            )
  INFORMATION CENTER,         )
                              )
         Plaintiff,           )
                              )
         v.                   )   Civ. No. 08-0448 (ESH)
                              )
FEDERAL TRADE COMMISSION,     )
                              )
         Defendant.           )
_____)
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, to and including July 2, 2008, in which to file its dispositive motion.  The parties have agreed to engage in settlement negotiations concerning this case which, if successful, would obviate the need for the filing of dispositive motions.  The extension of time is sought to enable the parties to engage in these negotiations and, if unsuccessful, allow defendant time to complete and file its dispositive motion.

Plaintiff's counsel has informed defense counsel that this motion will not be opposed.

Accordingly, for the foregoing reasons, defendant

respectfully requests that this unopposed motion for an enlargement of time be granted.

      Respectfully submitted,

      ____/s/_____
      JEFFREY A. TAYLOR, D.C. BAR #498610
      United States Attorney

      ____/s/_____
      RUDOLPH CONTRERAS, D.C. BAR # 434122
      Assistant United States Attorney

      ____/s/_____
      MARINA UTGOFF BRASWELL, DC BAR #416587
      Assistant United States Attorney
      U.S. Attorney's Office
      555 4th Street, N.W. - Civil Division
      Washington, D.C. 20530
      (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY<br>  INFORMATION CENTER,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 08-0448 (ESH)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of defendant's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ____ day of _____, 2008,

ORDERED that Defendant's Unopposed Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which defendant must file its dispositive motion be, and it is, enlarged up to and including July 2, 2008.

_____
UNITED STATES DISTRICT JUDGE